UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEITH CARTER**                                             **CIVIL ACTION**

**VERSUS**                                                     **NO: 16-108**

**ALPHATEC SPINE, INC.**                           **SECTION "H"**

## ORDER AND REASONS

Before the Court is Plaintiff's unopposed Motion to Remand this action to state court (Doc. 35).

Plaintiff filed this personal injury suit on December 10, 2015, in Louisiana's 17th Judicial District Court in Lafourche Parish.[1] Defendant Alphatec Spine, Inc., then removed the case to this Court on diversity grounds on January 6, 2016.[2] After lifting a nearly two-year stay on this action awaiting a decision by a Louisiana medical review panel, this Court on August 27, 2018, granted Plaintiff leave to amend his Complaint to add a new defendant, Dr. Deepak Awasthi.[3] Because both Plaintiff and Defendant Awasthi are Louisiana citizens, complete diversity no longer exists in this action.[4] Thus,

---

[1] *See* Doc. 1.
[2] Doc. 1. *See also* 28 U.S.C. § 1332.
[3] *See* Docs. 32, 33.
[4] *See* Doc. 35-1 at 3.

1

this Court now lacks subject matter jurisdiction over this action, and it must be remanded.[5] As such;

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**, and this matter is **REMANDED** to state court.

New Orleans, Louisiana this 17th day of September, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[5] *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").